IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOMINGO MCKNIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CV-00730-JED-FHM |
| | ) |
| AAON, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Domingo McKnight, and Defendant, AAON, Inc., pursuant to Rule 41(a)(1), of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the re-filing thereof. The parties stipulate and agree that they shall bear their own attorney's fees and costs.

Dated this 6th day of November, 2017.

Respectfully submitted,

s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Lauren Lambright, OBA #22300
Smolen, Smolen & Roytman, PLLC
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
Phone: 918-585-2667  Fax: 918-585-2669
Email: laurenlambright@ssrok.com
*Attorney for Plaintiff*

s/Mary L. Lohrke
Mary L. Lohrke, OBA #15806
*(signed by Plaintiff's attorney with permission of Defendant's attorney)*
Titus Hillis Reynolds Love
15 E. 5th Street, Ste. 3700
Tulsa, Oklahoma 74103
Phone: 918-587-6800  Fax: 918-587-6822
Email: mlohrke@titushillis.com
*Attorney for Defendant*